NATIONAL CITY BANK OF NEW YORK et al., as Trustees of GEORGE H. NORMAN, Deceased, Respondents, v. EDITH H. BEEBE, Individually and as Executrix and Trustee under the Will of MABEL N. CERIO, Deceased, et al., Respondents, and FREDERICK H. PRINCE, JR., Individually and as Executor of NORMAN PRINCE, Deceased, Appellant.— Judgment so far as appealed from unanimously affirmed, with costs to all respondents appearing separately and

filing briefs against defendant-appellant. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente and Stevens, JJ.